*Foreman* for petitioner. *John P. McGrath* for respondent.

No. 710. GLOVER ET AL., TRUSTEES, *v.* MALONEY, COLLECTOR OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Carl E. Davidson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

Nos. 715 and 716. B. B. B. CONSTRUCTION CORP. *v.* AETNA CASUALTY & SURETY Co. C. A. 2d Cir. Certiorari denied. *Joseph Joffe* for petitioner. *M. Carl Levine* and *David Morgulas* for respondent.

No. 717. HAMILTON FOODS, INC. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CÓ. ET AL. C. A. 9th Cir. Certiorari denied. *Albert H. Allen* and *Hyman Goldman* for petitioner. *H. K. Lockwood* for the Atchison, Topeka & Santa Fe Railway Co., respondent.

No. 719. KELLY, ADMINISTRATOR, ET AL. *v.* SHAMROCK OIL & GAS CORP. C. A. 5th Cir. Certiorari denied. *Lawrence E. Kelly* and *Howard F. Saunders* for petitioners. *R. C. Johnson* and *W. M. Sutton* for respondent.

No. 720. THYS ET AL., DOING BUSINESS AS THYS & MILLER, *v.* STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Elwood Hutcheson* and *George W. Wilkins* for petitioners. *Smith Troy,* Attorney General of Washington, for respondent.